UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTOINE EMMANUEL,

    Petitioner,

v.                                               Case No. 4:20cv53-TKW-MAF

WILLIAM BARR, et al.,

    Respondents.

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 11). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be transferred to the Southern District of Florida where Petitioner is being detained.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the Southern District of Florida.

**DONE and ORDERED** this 20th day of April, 2020.

                              *T. Kent Wetherell, II*
                              **T. KENT WETHERELL, II**
                              **UNITED STATES DISTRICT JUDGE**